# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JAMES EARL THOMAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No.: 2:11-CV-1556-VEH** |
| | ) |
| **MICHAL L. HIPPS, sued in his** | ) |
| **individual and official capacity as** | ) |
| **Assistant District Attorney for the** | ) |
| **Chattachoochee Judicial Circuit, et** | ) |
| **al.,** | ) |
| | ) |
| **Defendants.** | ) |

---

## MEMORANDUM OF OPINION

The magistrate judge filed his report and recommendation on July 28, 2011, recommending that the plaintiff's request to proceed *in forma pauperis* be dismissed and that his claims be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.[1]  (Doc. 3).  This case was reassigned to

---

[1]  The magistrate judge thoroughly analyzed the plaintiff's claims and determined that his application to proceed *in forma pauperis* is due to be denied because of the frivolous nature of his claims.  *See* Doc. 3 at 5-12; *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004) ("[W]here the [IFP] affidavit is sufficient on its face to demonstrate economic eligibility, the court should first docket the case and then proceed to the question ... of whether the asserted claim is frivolous." (quoting *Watson v. Ault*, 525 F.2d 886, 891 (11th Cir. 1976)).  Although the Court granted the plaintiff's *in forma pauperis* application on August 2, 2011, it agrees with the magistrate judge's assessment of the claims, and agrees that they are due to be dismissed as frivolous and for failure to state a claim.  Therefore, the Court's previous order granting the motion to proceed *in forma pauperis* is due to be vacated.

the undersigned on the same date.  (Doc. 4).  On August 8, 2011, the *pro se* plaintiff filed an objection to the magistrate's report and recommendation.  (Doc. 6).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the motion to dismiss filed on August 31, 2011 (Doc. 11) is due to be **TERMED** as moot.  A Final Judgment will be entered.

**DONE** and **ORDERED** this the 31st day of August, 2011.

**VIRGINIA EMERSON HOPKINS**
United States District Judge

2